Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, | No. 2:18-cv-00439-DLR |
| Plaintiff, | **NOTICE OF SERVICE OF DEFENDANT'S OFFER OF JUDGMENT** |
| vs. | |
| GTI Phoenix, LLC, | |
| Defendant. | |

Defendant, GTI Phoenix, LLC d/b/a Green Tree Inn & Suites Phoenix, ("Green Tree or "Defendant"), hereby provides notice that on April17, 2018, it served electronically Defendant's Offer of Judgment upon all counsel listed in the attached mailing certificate.

RESPECTFULLY SUBMITTED this 17th day of April, 2018.

**JENNINGS, STROUSS & SALMON, P.L.C.**

By: s/  Lindsay G. Leavitt
Lindsay G. Leavitt
One East Washington Street, Suite 1900
Phoenix, AZ  85004-2554
*Defendant*

6036383v1(67419.1)

1

## **CERTIFICATE OF SERVICE**

2

3

4

☒   I hereby certify that on April 17, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik

ADA@strojnik.com

STROJNIK, P.C.

2375 East Camelback Road, Ste. 600

Phoenix, AZ 85016

5

6

7

☐   I hereby certify that on April 17, 2018, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

8

s/  Tana Davis-Digeno

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6036383v1(67419.1)