Peter Strojnik, State Bar No. 6464
**STROJNIK P.C.**
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
ADA@strojnik.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, <br><br> Plaintiff, <br><br> vs. <br><br> GTI Phoenix, LLC, <br><br> Defendant. | Case No: 2:18-cv-00439-DLR <br><br> **NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |

Please note that Plaintiff accepts Defendant's Offer of Judgment appended hereto as Exhibit 1.

RESPECTFULLY SUBMITTED this 19th day of March 2018.

**STROJNIK, P.C.**

Peter Strojnik, 6464
Attorneys for Plaintiff