**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Fernando Gastelum,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GTI Phoenix LLC,<br><br>　　　　Defendant. | **NO. CV-18-00439-PHX-DLR**<br><br>**JUDGMENT IN A CIVIL CASE** |

Pursuant to Plaintiff having accepted Defendant's offer of judgment, judgment is hereby entered against Defendant GTI Phoenix LLC for Plaintiff's cost then accrued, and for further relief as stated within the Offer of Judgment. This action is hereby terminated.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

April 20, 2018

　　　　　　　　　　　　　　s/ D. Draper
　　　　　　　　　　　By　Deputy Clerk